# United States District Court
# Eastern District of California

ANGEL SAMUEL P.B.

Plaintiff(s)

V.

WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.

Defendant(s)

Case Number: 1:26-cv-07633-KES-CDB (HC)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Veronica Cardenas hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

ANGEL SAMUEL P.B.

On November 17, 2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/19/2026 Signature of Applicant: /s/ Veronica Cardenas

**Pro Hac Vice Attorney**

Applicant's Name: Veronica Cardenas

Law Firm Name: Cardenas Immigration Law, LLC

Address: 2 Arnot St.

Ste. 6, Unit 122

City: Lodi State: NJ Zip: 07644

Phone Number w/Area Code: 201-470-4549

City and State of Residence: Lodi, New Jersey

Primary E-mail Address: veronica.cardenas@cardenasimmigrationlaw.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kristina L. McKibben, Esq.

Law Firm Name: Community Justice Alliance

Address: 1809 S Street, Suite 101-291

City: Sacramento State: CA Zip: 95811

Phone Number w/Area Code: 888-585-4917 ext. 102 Bar # 283047

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 30, 2026

UNITED STATES MAGISTRATE JUDGE